No. 737. ATLANTIC COAST LINE RAILROAD CO. *v.* SIDNEY BLUMENTHAL & CO., INC. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for

the Second Circuit denied. *Messrs. Chauncey I. Clark* and *Eugene Underwood* for petitioner. *Mr. Theodore L. Bailey* for respondent.